IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ORIGINAL**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL -8 SENSTADT 8

CLERK'S OFFICE
AT BALTIMORE
DEPUTY

DAVID EISENSTADT

**Plaintiff(s)**

vs.

UNUM LIFE INSURANCE OF AMERICA and
MiCRA INC. LONG TERM DISABILITY PLAN

**Defendant(s)**

\*

Case No.: MJG 02 CV 2199

\*

JUL - 9 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                    DEPUTY

$50
# 6176

___ FEE PAID
___ FEE NOT PAID
      (SEND LETTER)

## MOTION FOR ADMISSION *PRO HAC VICE*

I, _C. Paul Champion, III_, am a member in good standing of the bar of this Court. My bar number is _09571_. I am moving the admission of

_James Wright Crabtree_ to appear *pro hac vice* in this case as counsel for _Plaintiff_.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Florida S.Ct. | 1968 |
| U.S. S.Ct | 1972 |
| N.C. S.Ct | 1983 |
| 4th, 5th, 11th + Fed Circuits, Ct of Claims | 1984 |
| W.D. Tx. | 1988 |
| U.S. Tax Court | 1994 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court _8_ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                                                      Page 1 of 2

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.      Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.      **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT _[signature]_
Signature

C. Paul Champion, III
Printed Name

Law Office of C. Paul Champion, III
Firm

14332 Old Marlboro Pike
Upper Marlboro, Maryland 20772
Address

(301) 627 1145
Telephone Number

(301) 627 6685
Fax Number

PROPOSED ADMITTEE _[signature]_
Signature

James Wright Crabtree
Printed Name

Smathers & Thompson
Firm

15720 John J. Delaney Dr - STE 500
Address Charlotte, NC 28277

704-541-9988
Telephone Number

704-541-9989
Fax Number

********************************************************************

## ORDER

☒ GRANTED      ☐ DENIED

July 1, 2002                    _[signature]_
Date                            United States District Judge

JUL - 9 2002

FILED
LODGED
ENTERED
RECEIVED

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY