IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| DAVID M. EISENSTADT | * |
| Plaintiff | * |
| v. | *   MJG 02 CV 2199 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, et al. | * |
| Defendants | * |

\* * * * * * * * *

## STIPULATION

The Plaintiff and the Defendants, by their undersigned attorneys, stipulate and agree that the Defendants shall have an extension of time within which to respond to the Plaintiff's Complaint to and including August 21, 2002.

_____
C. Paul Champion, III, Bar #09571
14332 Old Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-1145

Attorney for the Plaintiff

_____
J. Snowden Stanley, Jr., Bar #00059
SEMMES, BOWEN & SEMMES
250 West Pratt Street
Baltimore, MD 21201
(410) 539-5040

Attorneys for the Defendants

## ORDER

The foregoing Stipulation is hereby approved.

Date August 22, 2002

_____
Judge, United States District Court
For the District of Maryland

(B0281970.WPD;1)