# SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TELEPHONE 410-539-5040

FACSIMILE 410-539-5223

WWW.SEMMES.COM

J. Snowden Stanley, Jr., Principal
Direct Dial: 410-576-4811
Email: jstanley@mail.semmes.com

OFFICES IN
WASHINGTON, D.C.
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
McLEAN, VIRGINIA

October 28, 2002

**Via Hand Delivery**

The Honorable Marvin J. Garbis
United States District Court
 for the District of Maryland
101 West Lombard Street
Room 530
Baltimore, Maryland 21201

RECEIVED
IN THE CHAMBERS OF
MARVIN J. GARBIS
OCT 2 9 2002
UNITED STATES DISTRICT COURT

Re:   *David M. Eisenstadt v. UNUM Life Insurance Co.*
      *Case No. MJG-02-2199*

Dear Judge Garbis:

In order to permit the parties to continue substantive settlement discussions, the Plaintiff and the Defendant jointly request an amendment of this Court's Scheduling Order dated August 26, 2002 to postpone all dates 60 days beginning with the date on which the Plaintiff is to file Rule 26(a)(2) disclosures regarding experts.

The parties will pursue settlement efforts as diligently as possible, and very much appreciate your consideration of this request.

Thank you very kindly.

Very truly yours,

C. Paul Champion
Attorney for Plaintiff
JSS, Jr./cmw
(B0297730.WPD;1)

J. Snowden Stanley, Jr.
Attorney for Defendant

Approved this 29th day of October, 2002

Marvin J. Garbis
United States District Judge