FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN 15 P 1:48

CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

# SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

J. Snowden Stanley, Jr., Principal
Direct Dial: 410-576-4811
Email: jstanley@mail.semmes.com

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TELEPHONE 410-539-5040

FACSIMILE 410-539-5223

WWW.SEMMES.COM

OFFICES IN
WASHINGTON, D.C.
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
McLEAN, VIRGINIA

January 10, 2003

<u>Via Hand Delivery</u>

The Honorable Marvin J. Garbis
United States District Court
 for the District of Maryland
101 West Lombard Street
Room 530
Baltimore, Maryland 21201

    Re:    *David M. Eisenstadt v. UNUM Life Insurance Co.*
             Case No. MJG-02-2199

Dear Judge Garbis:

    We are writing to request a modification of your August 26, 2002 Scheduling Order. We specifically request that you refer this case to a United States Magistrate Judge for mediation/ settlement conference and defer the deadline for filing dispositive motions until 45 days after the end of the mediation conference in the event that it should prove unsuccessful.

    Counsel have had extended settlement discussions in this case exchanging much information in the process and narrowing the issues. However, we have not as yet been able to reach conclusion of those efforts and need the help of a mediator. This process has been greatly complicated by the fact that the principal counsel for the Plaintiff, who is intimately familiar with this file, was stricken with a serious illness rather recently.

    We believe that both parties are seriously intent on attempting to resolve this matter, and we would very much appreciate your extending the dispositive motion deadline in your Scheduling Order and referring this matter to a United States Magistrate Judge to conduct mediation as soon as possible.

## SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION

The Honorable Marvin J. Garbis
January 10, 2003
Page 2

Thank you very kindly.

Very truly yours,

C. Paul Champion
Attorney for Plaintiff

J. Snowden Stanley, Jr.
Attorney for Defendant

JSS/CPC/cmw
cc: C. Paul Champion, Esq. (via fax 1-301-627-6685)
(B0313365.WPD;1)

_____ this 14th day of January, 2003.

Marvin J. Garbis
United States District Judge