**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
SOUTHERN DIVISION

DAVID M. EISENSTADT          *

       Plaintiff              *

       v.                   *       MJG 02 CV 2199

UNUM LIFE INSURANCE COMPANY    *
 OF AMERICA, et al.

                            *

       Defendants

                            *

         *     *     *     *     *     *     *     *     *

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      The Plaintiff and the Defendants, by their undersigned attorneys, hereby stipulate and

agree that the above-referenced  matter shall be dismissed with prejudice.


/s/ *C. Paul Champion, III*               /s/ *J. Snowden Stanley, Jr.*
C. Paul Champion, III, Bar #09571         J. Snowden Stanley, Jr., Bar #00059
14332 Old Marlboro Pike                  SEMMES, BOWEN & SEMMES
Upper Marlboro, MD 20772               250 West Pratt Street
(301) 627-1145                           Baltimore, MD 21201
                                      (410) 539-5040
Attorney for the Plaintiff                  Attorneys for the Defendants


**O R D E R**

      The foregoing Motion is hereby approved.


Date_____         _____
                                              Judge, United States District Court
                                               For the District of Maryland

(B0327033.WPD;1)