IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID M. EISENSTADT | * | |
| Plaintiff | * | |
| v. | * | MJG 02 CV 2199 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, et al. | * | |
| | * | |
| Defendants | * | |

\* \* \*   \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and the Defendants, by their undersigned attorneys, hereby stipulate and agree that the above-referenced matter shall be dismissed with prejudice.

/s/ C. Paul Champion, III
C. Paul Champion, III, Bar #09571
14332 Old Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-1145

Attorney for the Plaintiff

/s/ J. Snowden Stanley, Jr.
J. Snowden Stanley, Jr., Bar #00059
SEMMES, BOWEN & SEMMES
250 West Pratt Street
Baltimore, MD 21201
(410) 539-5040

Attorneys for the Defendants

## ORDER

The foregoing Motion is hereby approved.

Date   4/24/03                              /s/
                                            Judge, United States District Court
                                            For the District of Maryland

(B0327033.WPD;1)